[No. 1950–3.  Division Three.  September 14, 1977.]

MAYNARD JAMES, ET AL, *Respondents,* v. LLOYD LOPEMAN, *Individually and as Executor,* ET AL, *Appellants.*

Appeal from judgments of the Superior Court for Grant County, Nos. 24209, 24311, B. J. McLean, J., entered

March 12, 1976. *Affirmed* by unpublished per curiam opinion.